VITO MARCANTONIO, Appellant, *v.* NEW YORK WORLD-TELEGRAM CORPORATION, Respondent.

Argued October 9, 1950; decided October 19, 1950.

*Herman Rosenfeld* and *William L. Standard* for appellant.

*Harry H. Van Aken, Macdonald De Witt, C. Coudert Nast* and *William E. Flannery* for respondent.

Judgment of Appellate Division reversed and order of Special Term affirmed, with costs in this court and in the Appellate Division. (See *Katapodis* v. *Brooklyn Spectator, Inc.*, 287 N. Y. 17, 20; *Mencher* v. *Chesley*, 297 N. Y. 94.)   No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.   FROESSEL, J., dissents and votes to affirm.